AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRADLY F. HUGHES,

        Plaintiff,

        v.

TERESA G. HUGHES, KARL F. SLOAN, and WASHINGTON STATE D.O.C.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-087-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED without prejudice as presently precluded by Heck v. Humphrey, 512 U.S. 477, 487 (1994).

June 8, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia